1052

[No. 19758-8-II.    Division Two.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH AMADOR MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-01552-4, Robert L. Harris, J., entered July 13, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Draper, J. Pro Tem.

[No. 19866-5-II.    Division Two.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN JAMES WANN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00231-5, James D. Ladley, J., entered September 5, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 35660-7-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03290-5, Patricia H. Aitken, J., entered November 23, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35769-7-I.    Division One.    December 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. MUNOZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02788-0, Donald D. Haley, J., entered December 9, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Becker, J.